UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                                   CASE NO.: 25-40736
                                                                                 CHAPTER 13

Sharon Arlece Montgomery,
   Debtor.

_____/

**REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR GS MORTGAGE-BACKED SECURITIES TRUST 2018-RPL1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                               Robertson, Anschutz, Schneid & Crane LLP
                                               Attorney for Secured Creditor
                                               1 Park Plaza, Suite 600
                                               Irvine, CA 92614
                                               Telephone: 470-321-7112
                                               Facsimile: 404-393-1425

                                               By: /s/David Coats
                                                   David Coats
                                                   Email: dacoats@raslg.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on May 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SHARON ARLECE MONTGOMERY
5467 CRITTENDEN ST.
OAKLAND, CA 94601

And via electronic mail to:

LAW OFFICES OF GEVA BAUMER
1970 BROADWAY ST., SUITE 1000
OAKLAND, CA 94612

MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540

OFFICE OF THE U.S. TRUSTEE/OAK
OFFICE OF THE UNITED STATES TRUSTEE
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

             By: /s/ Angela Gill