Case 25-40736
Sharon A. Montgomery
Amendment to Creditor's Matrix

**Creditor added by balance of schedules.**

City of Oakland
Department of Housing and Community Dev.
250 Frank H. Ogawa Plaza, 5th floor
Oakland, CA 94612

Realty Lawyers Group
7700 Irvine Center Dr Ste 800
Irvine, CA 92618

Vantis Law Firm, APC
120 Vantis Drive, Suite 300
Aliso Viejo, CA 92656